

**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: **23-00082** |
| v. | * | SECTION: **SECT. L MAG. 4** |
| HERBERT RICHARDSON II<br>  a/k/a "Herb"<br>DWAN RILEY<br>CHRISTOPHER GLASS<br>RODERICK PARKER | *<br><br>*<br><br>*<br><br>* | VIOLATIONS: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

Beginning at a time unknown but prior to October 11, 2019, and continuing to on or about April 19, 2021, in the Eastern District of Louisiana and elsewhere, the defendants, **HERBERT RICHARDSON II, a/k/a "Herb," DWAN RILEY, CHRISTOPHER GLASS,** and **RODERICK PARKER**, did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown, to distribute and to possess with intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) and cocaine

\_\_Fee_____
\_\_Process\_\_\_
\_X\_Dktd_____
\_\_\_CtRmDep\_\_\_\_
\_\_\_Doc.No._____

hydrochloride, Schedule II controlled substances, and heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

With respect to defendant **HERBERT RICHARDSON II, a/k/a "Herb,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is:

(1) 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), in violation of Title 21, United States Code, Section 841(b)(1)(B);

(2) a quantity of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C); and

(3) a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(C);

With respect to defendant **DWAN RILEY**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other coconspirators reasonably foreseeable to him is:

(1) 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), in violation of Title 21, United States Code, Section 841(b)(1)(B);

(2) a quantity of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C); and

(3) a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(C);

With respect to defendant **CHRISTOPHER GLASS**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other coconspirators reasonably foreseeable to him is:

(1) a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), in violation of Title 21, United States Code, Section 841(b)(1)(C);

(2) a quantity of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C); and

(3) a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(C);

With respect to defendant **RODERICK PARKER**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other coconspirators reasonably foreseeable to him is:

(1) a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), in violation of Title 21, United States Code, Section 841(b)(1)(C); and

(2) a quantity of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
### (Possession with Intent to Distribute Fentanyl and Heroin)

On or about October 11, 2020, in the Eastern District of Louisiana, the defendant, **HERBERT RICHARDSON II, a/k/a "Herb,"** did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3
### (Felon in Possession of Firearms)

On or about April 19, 2021, in the Eastern District of Louisiana, the defendant, **HERBERT RICHARDSON II, a/k/a "Herb,"** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on or about March 4, 2004, in the 15th Judicial District Court, Parish of Lafayette, State of Louisiana, under case number CR-98637, for possession with intent to distribute cocaine, in violation of LA. R.S. 40:967, did knowingly possess firearms, to wit: a Taurus, Model PT840, .40 caliber pistol, bearing serial number SFU88788, and a Glock, Model 42, .380 caliber pistol, bearing serial number AAVR869, said firearms having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 and 2, the defendants, **HERBERT RICHARDSON II, a/k/a "Herb," DWAN RILEY, CHRISTOPHER GLASS,** and **RODERICK PARKER**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offenses, and any property, used or intended to be used, in any manner or part, to commit or to facilitate the commission of said offenses.

4

3. As a result of the offense alleged in Count 3, the defendant, **HERBERT RICHARDSON, a/k/a "Herb,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to the following:

> Taurus, Model PT840, .40 caliber pistol, bearing serial number SFU88788;
>
> Glock, Model 42, .380 caliber pistol, bearing serial number AAVR869;
>
> Eighty (80) rounds of .40 caliber ammunition;
>
> One (1) firearm box containing one (1) magazine, cleaning rod, extra backstraps, and miscellaneous firearm documentation;
>
> Thirty-one (31) rounds of .380 caliber ammunition.

4. If any of the above-described property, as a result of any act or omission of the defendants:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY



J. BENJAMIN MYERS
Assistant United States Attorney

New Orleans, Louisiana
April 28, 2023

6

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _District of_ Louisiana

Criminal _Division_

## THE UNITED STATES OF AMERICA

vs.

**HERBERT RICHARDSON II, a/k/a "Herb"**
**DWAN RILEY**
**CHRISTOPHER GLASS**
**RODERICK PARKER**

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

VIOLATIONS: 21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
18 U.S.C § 922(g)(1)
18 U.S.C. § 924(a)(2)

_Filed in open court this_ _____ _day of_ _____ A.D. 2023.

_____
Clerk

Bail, $ _____



J. BENJAMIN MYERS
Assistant United States Attorney